UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROOSEVELT PEEBLES, JR., MD. ) | |
| ) | |
| Plaintiff, ) | No. 3:14cv01230 |
| ) | Judge Nixon/Magistrate Judge |
| v. ) | Knowles |
| ) | Jury Demand |
| TIME INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND AGREED ORDER

As demonstrated by the signatures of adversary counsel below, Plaintiff hereby stipulates that he will not seek, nor accept, any damages award exceeding $49,388.21 (inclusive of any and all attorneys' fees) in this cause.

In addition, the Parties hereto stipulate and agree that this cause should be remanded, without an award of fees or costs to any party, to the Davidson County Circuit Court as the court of original jurisdiction, and that upon remand *Peebles v. Time Insurance Company d/b/a Assurant Health*, case number 14C1632 (Hon. Thomas A. Brothers, presiding), should be re-opened.

Accordingly, this case is hereby REMANDED without an award of fees or costs to any party.[1]

It is SO ORDERED.

_____
Hon. John T. Nixon, U.S. District Judge

---

[1] Pursuant to this remand, the Motion for Admission *Pro Hac Vice* of Bartholomew F. Reuter (Docket No. 13) and the Motion to Withdraw of Jamie L. Brown (Docket No. 14) are deemed MOOT.